928 F.2d 181w
 32 Soc.Sec.Rep.Ser. 600, Medicare&Medicaid Gu 39,215
INDEPENDENT NURSING HOME ASSOCIATION, Plaintiff-Appellee,
v.
J. Clinton SMITH, M.D., in his Official Capacity as Director
of the State of Mississippi Division of Medicaid
in the Office of the Governor,
Defendant-Appellant.
MISSISSIPPI HEALTH CARE ASSOCIATION, Plaintiff-Appellee,
v.
J. Clinton SMITH, M.D., in his Official Capacity as Director
of the State of Mississippi Division of Medicaid
in the Office of the Governor,
Defendant-Appellant.
 No. 90-1382.
 United States Court of Appeals,
Fifth Circuit.
 April 11, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION